MARY B. LYON, as Executrix, etc., et al., Appellants, *v.* CHARLES
W. HERSEY et al., Respondents.

(Argued November 24, 1885; decided December 8, 1885.)

THIS was an appeal from an order of General Term, affirming
an order of Special Term, fixing defendants' damages by reason
of an injunction herein.

The following is the *mem.* of opinion :

" The right of the defendant to damages on account of the
injunction is not disputed, and we see no reason to interfere
with the result reached at the General Term.    There is some
evidence that all the items of damages were sustained by reason
of the injunction, and that the damages were as much as
allowed.    We have nothing to do with the weight or the co-
gency of the evidence.

" The or'er should be affirmed, with costs."

*C. D. Adams* for appellants.

*N. E. Kernan* for respondents.

*Per Curiam mem.* for affirmance.
All concur.
Order affirmed.

---

THE PEOPLE, ex rel. EDEN MUSÉE AMERICAN COMPANY
(Limited), Appellant, *v.* JOSEPH B. CARR, Secretary of
State, Respondent.

(Argued November 24, 1885; decided December 8, 1885.)

*Abm. Van Santvoord* for appellants.

*Denis O'Brien,* attorney-general, for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.